SEALED

BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000 Telephone
(559) 497-4099 Facsimile

Attorneys for the United States

**FILED**

DEC 2 0 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12 CV 0 2066   LJO GSA |
| Plaintiff, | ***EX PARTE* ORDER STAYING CIVIL CASE** |
| v. | |
| APPROXIMATELY $147,900.00 in U.S. CURRENCY SEIZED FROM BANK OF AMERICA SAFETY DEPOSIT BOX NUMBER 4226N, HELD IN THE NAME OF SAY ENG AND SDEY CHIM, | |
| Defendant. | |

The United States having moved to stay the civil forfeiture action pending the completion of the criminal investigation and case, and the Court being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that this action is stayed until further notice.

Dated this ___20___ day of _____December_____, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE