BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000 Telephone
(559) 497-4099 Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

APPROXIMATELY $147,900.00 in U.S. CURRENCY SEIZED FROM BANK OF AMERICA SAFETY DEPOSIT BOX NUMBER 4226N, HELD IN THE NAME OF SAY ENG AND SDEY CHIM,

    Defendant.

1:12 CV 0 2 0 6 6  LJO GSA

*EX PARTE* ORDER SEALING CIVIL COMPLAINT FOR FORFEITURE

The United States having moved to seal the civil forfeiture complaint and all related documents, including the affidavit, pending the completion of the criminal investigation and case, and the Court being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that the Complaint and all related documents are to be placed under seal until further notice.

Dated this 20 day of December, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

Ex Parte Order Sealing Civil Complaint for Forfeiture