BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000 Telephone
(559) 497-4099 Facsimile

Attorneys for the United States

LODGED
MAR - 4 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

FILED
MAR -5 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY $147,900.00 in U.S. CURRENCY SEIZED FROM BANK OF AMERICA SAFETY DEPOSIT BOX NUMBER 4226N, HELD IN THE NAME OF SAY ENG AND SDEY CHIM, <br><br> Defendant. | 1:12-CV-2066-LJO-GSA <br><br> **ORDER TO UNSEAL CIVIL FORFEITURE COMPLAINT** |

The civil forfeiture action and complaint in this case having been sealed by Order of its Court on December 20, 2012, and it appearing that the civil forfeiture action and complaint are no longer required to remain secret based upon the motion submitted by the government,

IT IS HEREBY ORDERED that the civil forfeiture action and complaint be unsealed and made public record.

Dated: March 5, 2014

By: _____
GARY S. AUSTIN
UNITED STATES MAGISTRATE JUDGE

Status Re: Stay of Civil Forfeiture Action,
Motion to Lift Seal, Notice of Related Action