IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPROXIMATELY $147,900.00 in U.S. ) <br> CURRENCY SEIZED FROM BANK OF ) <br> AMERICA SAFETY DEPOSIT BOX ) <br> NUMBER 4226N, HELD IN THE NAME ) <br> OF SAY ENG AND SDEY CHHIM, ) <br> ) <br> Defendant. ) <br> ) <br> ) | 1:12-CV-02066-AWI-BAM <br><br> **ORDER EXTENDING STAY** |

Pursuant to the status report filed by the United States on April 14, 2015 (Doc. 12), the stay shall remain in effect until July 14, 2015.  No later than July 7, 2015, the United States shall file a status report informing the court of the current status of the related criminal action and whether a continuation of the stay is necessary. The government shall advise the court forthwith if the related criminal proceedings resolve prior to the next filing deadline.

IT IS SO ORDERED.

Dated:   **April 15, 2015**                    /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28