IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-CV-02066-AWI-BAM |
| Plaintiff, | **ORDER CONTINUING THE STAY** |
| v. | |
| APPROXIMATELY $147,900.00 in U.S. CURRENCY SEIZED FROM BANK OF AMERICA SAFETY DEPOSIT BOX NUMBER 4226N, HELD IN THE NAME OF SAY ENG AND SDEY CHHIM, | |
| Defendant. | |

Pursuant to the status report filed by the United States on July 7, 2015 (Doc. 14), the currently imposed stay shall remain in effect until January 4, 2016. No later than December 28, 2015, the United States shall file a status report informing the court regarding the current status of the related criminal action and continued necessity of the stay. The government shall update the Court if the related criminal proceedings resolve prior to the next filing deadline.

IT IS SO ORDERED.

Dated: **July 15, 2015**               /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE