IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:12-cv-02066-DAD-BAM |
| Plaintiff, | ) | **ORDER CONTINUING STAY** |
| v. | ) | |
| APPROXIMATELY $147,900.00 in U.S. CURRENCY SEIZED FROM BANK OF AMERICA SAFETY DEPOSIT BOX NUMBER 4226N, HELD IN THE NAME OF SAY ENG AND SDEY CHIM, | ) | |
| Defendant. | ) | |

Pursuant to the status report filed by the Unites States on December 4, 2015 (Doc. 16), the stay shall remain in effect until July 1, 2016.  No later than June 24, 2016, the United States shall file a status report informing the Court of the current status of the related criminal action and continued necessity of the stay.  The United States shall update the Court if the related criminal proceedings resolve prior to the next filing deadline.

IT IS SO ORDERED.

Dated: **December 7, 2015**                    /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

1