PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorney for the United States

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $147,900.00 in U.S. CURRENCY SEIZED FROM BANK OF AMERICA SAFETY DEPOSIT BOX NUMBER 4226N, HELD IN THE NAME OF SAY ENG AND SDEY CHHIM,<br><br>Defendant. | No.  1:12-CV-02066-DAD-BAM<br><br><u>STATUS REPORT AND REQUEST FOR FURTHER STAY; ORDER THEREON</u> |

The United States of America respectfully submits the following status report regarding the currently imposed stay of the civil forfeiture proceedings as follows:

1. On December 7, 2015, the Court stayed the instant matter pursuant to 18 U.S.C. § 981(g)(1) pending the conclusion of the related criminal matter, <u>United States v. Chanrath Yath, et al.</u>, 1:13-CR-00136-AWI-BAM.

2. Of the 13 defendants involved in the related criminal action, one defendant remains:  Say Eng.  Say Eng is a claimant to the asset involved in the instant *in rem* action.  A Trial Confirmation Hearing has been set in the related criminal action for August 8, 2016 and a Jury Trial is set for August 30, 2016.

3. The United States believes that civil discovery would adversely affect its ability to

STATUS REPORT AND REQUEST FOR FURTHER STAY; ORDER THEREON     1

conduct the prosecution of the related criminal case. Therefore, pursuant to 18 U.S.C. § 981(g)(1), the United States requests that the currently imposed stay remain in place for an additional 120 days until October 28, 2016.

4. Should the criminal case not resolve prior to October 28, 2016, the United States may seek an additional extension of the stay.

Dated: June 22, 2016

PHILLIP A. TALBERT
Acting United States Attorney

 /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant United States Attorney

ORDER

IT IS SO ORDERED.

The currently imposed stay shall remain in effect until October 28, 2016. One week prior to the expiration of the stay, the United States shall file a status report informing the court regarding the current status of the related criminal action and continued necessity of the stay.

Dated: **June 23, 2016**        /s/ Barbara A. McAuliffe
                               UNITED STATES MAGISTRATE JUDGE