PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorney for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $147,900.00 in U.S. CURRENCY SEIZED FROM BANK OF AMERICA SAFETY DEPOSIT BOX NUMBER 4226N, HELD IN THE NAME OF SAY ENG AND SDEY CHHIM,<br><br>    Defendant. | 1:12-CV-02066-AWI-BAM<br><br>**STATUS REPORT AND REQUEST FOR FURTHER STAY; ORDER** |

    The United States of America respectfully submits the following status report regarding the currently imposed stay of the civil forfeiture proceedings as follows:

    1.    On December 20, 2012, the Court stayed the instant matter pursuant to 18 U.S.C. § 981(g)(1) pending the conclusion of the related criminal matter, <u>United States v. Chanrath Yath, et al.</u>, 1:13-CR-00136-AWI-BAM.  The case has remained stayed since that time.

    2.    Of the 13 defendants involved in the related criminal action, the final defendant, Say Eng, entered her guilty plea on August 8, 2016. Defendant Eng is set to be sentenced on December 12, 2016.

    3.    After Defendant Eng is sentenced, the United States will seek a final order of forfeiture that will cover the assets that are the subject of this civil forfeiture action. Once the United States obtains the final order of forfeiture, it will move to dismiss this civil forfeiture case.

4. The United States believes that civil discovery would adversely affect its ability to conduct the prosecution of the related criminal case. Therefore, pursuant to 18 U.S.C. § 981(g)(1), the United States requests that the case remain stayed for an additional approximately 60 days after the sentencing hearing, or until February 12, 2017.

Dated:  October 19, 2016                                   PHILLIP A. TALBERT
                                                                              Acting United States Attorney


                                                                               /s/ Jeffrey A. Spivak
                                                                              JEFFREY A. SPIVAK
                                                                              Assistant United States Attorney


## ORDER

IT IS SO ORDERED.

The case shall remain stayed until February 12, 2017. One week prior to the expiration of the stay, the United States shall file a status report informing the court regarding the current status of the related criminal action and continued necessity of the stay.

IT IS SO ORDERED.


Dated:   **October 26, 2016**                              /s/ Barbara A. McAuliffe
                                                                              UNITED STATES MAGISTRATE JUDGE